```
                                CLERK'S OFFICE U.S. DIST. COURT
                                       AT ROANOKE, VA
                                            FILED

                                         FEB 2 5 2006

                                  JOHN F. CORCORAN, CLERK
                                  BY:
                                         DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NELSON EDDY WALKER,  )  <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> TERRY O'BRIEN, WARDEN, et al., ) <br> Respondents. ) | Civil Action No. 7:06CV00117 <br><br> **FINAL ORDER** <br><br> By: Hon. Glen E. Conrad <br> United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondents.

ENTER: This 25th day of February, 2006.

_____
United States District Judge